JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANI MADANI, an individual, | Case No.: 2:23-cv-04034-FMO-AS |
| Plaintiff, | **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** |
| v. | Judge: Hon. Fernando M. Olguin |
| MERCEDES-BENZ USA, LLC; Sonic Calabasas M, Inc.; and DOES 1 through 10, inclusive | |
| Defendants. | |

    Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Date: June 23, 2023

/s/
_____
Fernando M. Olguin
United States District Judge
Central District of California

1
**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**